UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ORLANDO GRIFFIN (#513864)

VERSUS

N. BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 12-545-SDD-RLB

RULING
AND
ORDER OF DISMISSAL

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 27, 2014. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's application for *habeas corpus* relief is DENIED, in part as barred by failure to exhaust state court remedies pursuant to 28 U.S.C. § 2254(b), and in part as being without substantive merit, and this matter is dismissed.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, in the event that the Petitioner seeks to pursue an appeal in this case, a certificate of appealability is DENIED.

Baton Rouge, Louisiana the 18 day of July, 2014.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 15.
[3] Rec. Doc. 16.